UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY TOYS HOLDINGS, LLC,

                              Plaintiff,

                    v.

ABDERAH-54, *et al.*,

                              Defendants.

21-CV-8433 (RA)

UNSEALING
ORDER

RONNIE ABRAMS, United States District Judge:

The Court orders that the case and all the items filed to date shall hereby be unsealed and uploaded to the Electronic Case Filing system.

SO ORDERED.

Dated:    November 5, 2021
          New York, New York

                                                    _____
                                                    RONNIE ABRAMS
                                                    United States District Judge