UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>ABDERAH-54, ACHHER-94, ALLYOUNEED-22, BELLA_EWALLET1990, BUYSMART_58, CHELAKS-0, COLORLINE_MARKET, CUXVWWMVIRA1_9, DIGI_STORES-57, DIL-MIC_ALL_IN_ONE_SHOP, DUMINDA_1971, ELECRO0090, ERAATHUK_0, ES-SELLER, FLUORESCENCE_CORNUCOPIA, GEWENDELIN, HAPPYSOLUTIONS, HARAMBAGFERN_0, INSH.AAF, IZY_MAKAARA, JIWU7878, KADIL-8021, KADLIANA, KAVEESHASHO_84, KAVMADU5539, LMFERNANDZ_STORE, LUGENA-WJ, MADU_1994, MENGKEYAO, NEWERA_SHOPPING, NICEDELIN, RAPTER_STORES, RECKMANAZA, RV_E_STORE, SANGEETH_SPACE, SENEVIMART, SHOPPING_BAY_351, SILVA_LINESTORE93, SOYSA_GALLERY_STORE_1988, SPTRADERS-46, STEV-STORE37, SUDDAR92, SUN-LU, SUPER-JIANAI, SURESHSL97, THOSANMENDI-0, TUOU-0, UMAYANISHOP, WIXMART and YAPA_SHOP61,<br><br>*Defendants.* | **21-cv-8433 (RA)**<br><br>**PRELIMINARY INJUNCTION ORDER** |

RONNIE ABRAMS, United States District Judge:

      Plaintiff filed this case under seal on October 13, 2021 and sought: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with various Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery.

      On October 22, 2021, the Court entered an order granting Plaintiff's Application ("the October 22 Order") and requiring Defendants to appear on November 15, 2021 at 11:00 a.m. to show cause why a preliminary injunction should not issue ("Show Cause Hearing"). Plaintiff has since filed the declaration of Gabriela Nastasi certifying that on October 29, 2021, pursuant to the alternative

methods of service authorized by the October 22 Order, Plaintiff served the Summons, Complaint, the October 22 Order, and all papers filed in support of the Application, on each Defendant. Dkt. 23. The Court held a telephonic hearing on November 15, 2021 at 11:00 a.m., at which Plaintiff, as well as Defendant Iliasel Omari, doing business as HappySolutions, appeared. No other Defendants appeared.

For the reasons stated on the record at the Show Cause Hearing, the Court finds that Plaintiff has demonstrated that a preliminary injunction is appropriate in this case against all Defendants except for HappySolutions. Accordingly:

It is hereby ORDERED that the injunctive relief previously granted in the October 22 Order shall remain in place through the pendency of this action with respect to all Defendants except for HappySolutions.

It is FURTHER ORDERED that any Defendants subject to this order may move to dissolve or modify this order by filing such a motion with this Court.

It is FURTHER ORDERED that Defendants or Defendants' counsel who have not yet appeared shall file a notice of appearance or opposition by December 20, 2021. Failure to comply with this deadline may result in sanctions, including monetary sanctions, preclusion of claims and defenses, and entry of a default judgment.

It is FURTHER ORDERED that Plaintiff shall serve a copy of this order, as well as the October 22 Order, on all Defendants using the methods previously outlined in the October 22 Order. SO ORDERED.

Dated:   November 29, 2021
         New York, New York

RONNIE ABRAMS
United States District Judge